**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANTHONY C. KENNEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 6:15-cv-03095-MDH** |
| | ) | |
| **PRIME RECRUITERS TRUCKING, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Before the Court is New Prime, Inc.'s Motion to Dismiss for Insufficiency of Process and Insufficiency of Service of Process pursuant to Fed. R. Civ. P. 12(b)(4) and (5) (Doc. 16).[1] The Court construes New Prime Inc.'s Motion to Dismiss as a motion filed on behalf of all named defendants.

Plaintiff's Complaint was filed November 2, 2015. (Doc. 10). On March 31, 2016, this Court ordered Plaintiff to serve Defendants within sixty days or show cause why the matter should not be dismissed. (Doc. 11). The Court granted Plaintiff an extension of time on June 8, 2016, in light of the record showing that the summons was certified and returned to Plaintiff on May 26, 2016. (Doc. 15).

On June 10, 2016, New Prime Inc. filed its Motion to Dismiss for Insufficiency of Process and Insufficiency of Service of Process. (Doc. 16). In its Motion, New Prime Inc. asserts that the Defendants have not been properly served, and that some named Defendants have not been served at all. The defendants identified in the Summons and the Civil Complaint are inconsistent, and Plaintiff has served multiple Complaints that are not identical.

[1] The first named Defendant in this matter is "Prime Recruiters Trucking Co." Defendants indicate that no such entity exists.

On August 23, 2016, the Court ordered Plaintiff to show cause why the matter should not be dismissed for failing to properly serve Defendants with Process and to respond to the issues raised in New Prime, Inc.'s Motion to Dismiss. (Doc. 24). Plaintiff was given until September 13, 2016 to respond to the Court's show cause order and to New Prime, Inc.'s Motion to Dismiss.

Plaintiff has submitted to the Court multiple filings, all of which are nearly incomprehensible. On September 8, 2016, Plaintiff submitted filings to the Court that included an uncertified summons and an incomplete proof of service, along with an EEOC questionnaire, an American Arbitration Association Demand for Arbitration, and a copy of an Eighth Circuit opinion dated October 17, 2003. (Doc. 26). He also filed a "Summary of Objections," which appears to set out at least some of his allegations against Defendants. (Doc. 27). Finally, he filed what this Court construed as a Motion to Compel Arbitration, titled "Motion Interigatories [*sic*] Brief." (Doc. 28). On September 19, 2016, the Court gave Plaintiff an additional extension to September 30, 2016. (Doc. 25).

On November 29, 2016, Plaintiff sent a set of documents to the United States Court of Appeals for the Eleventh Circuit. (Doc. 35). Those documents were then forwarded to this Court. The Court provided Plaintiff with a final opportunity to explain his filings, provide the Court with evidence that he properly served Defendants, and to respond to New Prime Inc.'s Motion to Dismiss. (Doc. 36). The Court gave Plaintiff until December 16, 2016, to show cause why this matter should not be dismissed. Plaintiff has not yet responded to that order.

The Court has given Plaintiff numerous extensions and opportunities to properly serve Defendants with process and to respond to New Prime Inc.'s Motion. He has not, to date, provided any proof that he properly served Defendants, nor has he responded to the motion.

In light of these extensions and Plaintiff's failure to respond to the Court's orders, the Court hereby **GRANTS** New Prime Inc.'s Motion to Dismiss for Insufficiency of Process and Insufficiency of Service of Process pursuant to Fed. R. Civ. P. 12(b)(4) and (5) (Doc. 16). In light of the apparent failure of Defendant to serve any named Defendant other than new Prime Inc., the Court construes the Motion to Dismiss as being filed on their behalf. Therefore, Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE** as to all named Defendants, and as to New Prime Inc. Any pending motions are hereby found to be **MOOT**.

IT IS SO ORDERED:
**Date: January 6, 2017**

***/s/ Douglas Harpool***
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**