**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 17-1488

---

Anthony C. Kenney

Plaintiff - Appellant

v.

Prime Recruitors Trucking Co.; Robert Low, Director; Silvia Setlif, Recruitor; Benjamin Wick, Director of Training

Defendants - Appellees

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:15-cv-03095-MDH)

---

**JUDGMENT**

Before BOWMAN, GRUENDER and SHEPHERD, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this untimely appeal be dismissed for lack of jurisdiction.

March 20, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans